CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
October 23, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Megan Poff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL UNDERHILL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:26-cv-00703 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| LT. BRINEGAR, *et al.*, | ) | By: Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendants. | ) | |

Plaintiff Michael Underhill, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983 against several employees of the Virginia Department of Corrections. (*See* ECF No. 1.) On September 11, 2026, the court ordered Plaintiff to submit a prisoner trust account report accounting for the six-month period immediately preceding the filing of the complaint. (ECF No. 3.) The court advised Plaintiff that failure to submit the requested information within 30 days would result in dismissal of this action. (*Id.* at 2.)

More than 30 days have elapsed, and Plaintiff has not submitted the financial information as directed. Because Plaintiff did not comply with the court's order, the court will dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b). Plaintiff may refile the claims in a separate action, subject to the applicable statute of limitations, once Plaintiff is prepared to comply with the noted conditions.

**ENTERED** this 23rd day of October, 2026.

HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE